No. 96-1500

Michael G. Branch,

     Appellant,

    v.

Gary Grimes, in his official and individual capacity; Robert Hammond, Administrator, Individually and in his official capacity; Unknown Agents of Sebastian County Detention Center; Alan Marx, Night Supervisor, Individually and in his official capacity; David Lane, Acting Supervisor, Individually and in his official capacity,

     Appellees.

Appeal from the United States District Court for the Western District of Arkansas

{UNPUBLISHED}

Submitted: November 8, 1996

Filed: November 15, 1996

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Michael G. Branch appeals from a final judgment of the District Court[1] for the Western District of Arkansas granting defendants judgment in this 42 U.S.C. § 1983 action. We have carefully reviewed the record, including the trial transcript, and

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly R. Stites, United States Magistrate Judge for the Western District of Arkansas.

we affirm on the basis of the district court's order.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.